# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRCIT OF MISSOURI

Mark Rowland,                )

                    )

      Plaintiff,         )    Case No.:  4:26-cv-00593

                    )

v.                    )

                    )

                    )

Trans Union, LLC., et al.   )

                    )

      Defendants.     )

                    )

## STIPULATION OF DISMISSAL ONLY AGAINST TRANS UNION

Pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii) Plaintiff, Mark Rowland, and Defendant, Trans Union, LLC  stipulate to the dismissal of this action with prejudice.  Each party to bear their own costs and attorneys' fees incurred herein.

s/ Matt Cook

_____

Matthew P. Cook #62815
Cook Law, LLC
2885 Sanford Ave SW #42270
Grandville, MI 49418
Phone:  314-200-5536
Email:  Cookmp21@yahoo.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of Juney, 2026, I served the following via cm/ecf to  all interested parties:


   /s/ Matthew P. Cook
       **Matthew P. Cook**