UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARK ROWLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-CV-593-ZMB |
| | ) | |
| EQUIFAX INFORMATION SERVICES, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF PARTIAL DISMISSAL

Before the Court is Plaintiff Mark Rowland's Stipulation of Dismissal against TransUnion. Doc. 19.  It appears that Rowland envisioned a stipulated dismissal under Rule 41(a)(1)(A)(ii). However, he failed to have a single defendant sign the stipulation, *see* Doc. 19, much less "all parties who have appeared," FED. R. CIV. P. 41(a)(1)(A)(ii). Nevertheless, the Court will construe this deficient stipulation as a request for dismissal under Rule 41(a)(2). *See Sanchez v. Disc. Rock & Sand, Inc.*, 84 F.4th 1283, 1292 (11th Cir. 2023) (collecting cases); *see also State Farm Fire & Cas. Co. v. Peitz*, No. 4:17-CV-2927 NAB, 2018 WL 2934013, at *3 (E.D. Mo. June 12, 2018) (taking this approach). Because this dismissal minimizes any potential waste of judicial time and effort, and it appears to be in the parties' interest, the Court finds that the relevant factors warrant a dismissal of Defendant TransUnion, LLC. *See Blaes v. Johnson & Johnson*, 858 F.3d 508, 512 (8th Cir. 2017) (setting forth the three factors in considering a dismissal under Rule 41(a)(2)). Accordingly, the Court **GRANTS** Plaintiff Mark Rowland's [19] Motion to Dismiss TransUnion and directs the Clerk of Court to terminate Defendant TransUnion, LLC as a party in this case.

So ordered this 8th day of June 2026.

ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE